✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Shanisa Bell

## EXHIBIT AND WITNESS LIST

Case Number: 17-CR-60029-BB

| PRESIDING JUDGE<br>Hon. Beth Bloom | | | PLAINTIFF'S ATTORNEY<br>James Ustynoski, AUSA | | DEFENDANT'S ATTORNEY<br>Aimee Ferrer & Andrew Jacobs, AFPDs |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>4/15/2021 | | | COURT REPORTER | | COURTROOM DEPUTY<br>Elizabeth Gariazzo |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 1 | 4/15/21 | X | x | Report of Investigation, No.2 – SA Valle |
| | 2 | 4/15/21 | X | x | Report of Investigation, No. 3 – SA Valle |
| | 3 | 4/15/21 | X | X | Photo from discovery of Shanisa Bell FB account Oct. 2016 |
| | 4 | 4/15/21 | X | X | Photos of car and tag provided in discovery, doc titled "pictures for indictment" |
| | 5 | 4/15/21 | X | X | Report of Investigation, No. 6 – SA Marable |
| | 6 | 4/15/21 | X | X | Report of Investigation, No. 7 – SA Marable |
| | 7 | 4/15/21 | X | X | Report of Investigation, No. 8 – SA Marable |
| | 8 | 4/15/21 | X | X | Report of Investigation, No. 10 - SA Marable |
| | 9 | 4/15/21 | X | X | Report of Investigation, No. 11 – SA Parker |
| | 10 | 4/15/21 | X | X | Accurint Report for Shanisa Bell, March 2021 (electronic filing separately under seal) |
| | 11 | 4/15/21 | X | X | Eviction Records, Broward County Clerk of Court, 2074 NW 43rd Terrace, 2014 |
| | 12 | 4/15/21 | X | X | Facebook preservation report and photos |
| | 13 | 4/15/21 | X | X | Photo 5261 W. Hillsboro Blvd Photo |
| | 14 | 4/15/21 | X | X | Photo of 136 Brently Lane, Orange Park, FL |
| | 15 | 4/15/21 | X | X | Photo of 4200 NW 34th St., Lauderdale Lakes, FL |
| | 16 | 4/15/21 | X | X | Photo of 401 NW 80th St., Miami, FL |
| | 17 | 4/15/21 | X | X | Photo of 4600 NW 7th Avenue, Miami, FL |
| | 18 | 4/15/21 | X | X | Photo of 4331 NW 7th Avenue, Miami, FL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages